# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNEST HOLDINGS, INC., | : |
| | : |
| *Plaintiff*, | : |
| | : |
| v. | : C.A. No. 1:21-cv-00204-MSM-PAS |
| | : |
| ASCENSUS, LLC; ASCENSUS BROKER | : |
| DEALER SERVICES, LLC; and | : |
| ASCENSUS COLLEGE SAVINGS | : |
| RECORDKEEPING SERVICES, LLC, | : |
| | : |
| *Defendants*. | : |

## STIPULATION TO EXTEND TIME TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Plaintiff UNest Holdings, Inc. ("Plaintiff") and Defendants Ascensus, LLC, Ascensus Broker Dealer Services, LLC, and Ascensus College Savings Recordkeeping Services, LLC (together, "Defendants") hereby stipulate and agree that Plaintiff shall have an extension of time through September 3, 2021, to oppose or otherwise respond to Defendants' Motion to Dismiss in the above-entitled matter.

As grounds for the extension, Plaintiff states that due to the press of business and the previously scheduled commitments of Plaintiff's counsel in the month of August, an extension is needed to respond to Defendants' Motion to Dismiss. Further, this is Plaintiff's first such request, and Defendants' counsel has agreed to the extension.

DATED:     July 21, 2021

| Plaintiff, | Defendants, |
|---|---|
| UNEST HOLDINGS, INC. | ASCENSUS, LLC, ASCENSUS BROKER DEALER SERVICES, LLC, AND ASCENSUS COLLEGE SAVINGS RECORDKEEPING SERVICES, LLC |
| By its Attorneys, | By their Attorneys, |

*/s/ Joseph A. Farside, Jr.*
Joseph A. Farside, Jr. (#7559)
Krystle G. Tadesse(#7944)
Samantha M. Vasques (#9386)
LOCKE LORD LLP
2800 Financial Plaza
Providence, RI  02903
(401) 274-9200
(401) 276-6611 (Fax)
joseph.farside@lockelord.com
krystle.tadesse@lockelord.com
samantha.vasques@lockelord.com

*/s/ Mitchell R. Edwards*
Gerald J. Petros (#2931)
Mitchell R. Edwards (#6942)
Hinckley Allen & Snyder LLP
100 Westminster Street, Suite 1500
Providence, RI  02903
(401) 274-2000
(401) 277-9600 (Fax)
gpetros@hinckleyallen.com
medwards@hinckleyallen.com

Steven E. Bizar (*admitted pro hac vice*)
Julia Chapman (*admitted pro hac vice*)
John P. McClam (*admitted pro hac vice*)
DECHERT LLP
2929 Arch Street
Philadelphia, PA  19104
(215) 994-4000
steven.bizar@dechert.com
julia.chapman@dechert.com
john.mcclam@dechert.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of July, 2021, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

*/s/ Joseph A. Farside, Jr.*